UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:13-cv-24370-LENARD/O'SULLIVAN

LANDY RAMIREZ,
and other similarly-situated individuals,

        Plaintiff,

vs.

DON DOMINGO CONVENIENCE STORE,
CORP., a Florida Corporation, JACQUELINE
CRESPO, individually, and CARLOS
RODRIGUEZ, individually,

        Defendants.
_____/

**DEFENDANTS' CERTIFICATE OF INTERESTED**
**PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendants Don Domingo Convenience Store, Corp., Jacqueline Crespo, and Carlos Rodriguez (collectively "Defendants"), hereby file their Certificate of Interested Persons and, pursuant Rule 7.1 of the Federal Rules of Civil Procedure, their Corporate Disclosure Statement, and state as follows:

1. Don Domingo Convenience Store, Corp. ("Don Domingo") has no parent corporation and there is no publicly held company that owns more than 10% of Don Domingo's stock.

2. A complete list of persons, associated persons, firms, partnerships and/or corporations that have a financial interest in the outcome of this case include:

    (a)    Landy Ramirez – Plaintiff.

    (b)    Don Domingo – Defendant.

    (c)    Jacqueline Crespo – Defendant.

    (d)    Carlos Rodriguez – Defendant.

DATED this 26th day of December, 2013.

                              Respectfully submitted,

                              **LITTLER MENDELSON, P.C.**
                              Wells Fargo Center
                              333 SE 2nd Avenue, Suite 2700
                              Miami, Florida  33131
                              Phone: 305.400.7500
                              Fax:   305.603.2552

                By:    */s/ Jorge Zamora, Jr.*
                              Linda Noel
                              Florida Bar No.: 0659606
                              Email: lnoel@littler.com
                              Jorge Zamora, Jr.
                              Florida Bar No.: 0094713
                              Email: jzamora@littler.com

                              *Counsel for Defendants*
                              *Don Domingo Convenience Store, Corp., Jacqueline Crespo, and Carlos Rodriguez*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of December, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the CM/ECF participants identified below. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any non-CM/ECF participants identified at the time of electronic filing.

                                                                                     */s/ Jorge Zamora, Jr.*
                                                                                     Jorge Zamora, Jr.

## SERVICE LIST

**Landy Ramirez v. Don Domingo Convenience Store, Corp.
CASE NO.: 1:13-cv-24370-LENARD/O'SULLIVAN**

**COUNSEL FOR PLAINTIFF:**

Jason S. Remer, Esq.
Brody M. Shulman, Esq.
REMER & GEORGES-PIERRE, PLLC
44 West Flagler Street, Suite 2200
Miami, FL 33130
jremer@rgpattorneys.com
bshulman@rgpattorneys.com

*(Served via transmission of Notices of Electronic Filing generated by CM/ECF)*

**COUNSEL FOR DEFENDANTS:**

Linda Noel
Florida Bar No.: 0659606
Email: lnoel@littler.com
Jorge Zamora, Jr.
Florida Bar No.: 0094713
Email: jzamora@littler.com
LITTLER MENDELSON, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, Florida  33131
Phone: 305.400.7500
Fax:    305.603.2552

Firmwide:124743316.1 079431.1001